UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT  CR14-328 JRT/FLN |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2252(a)(2) |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| v. | ) | 18 U.S.C. § 2252(b)(1) |
| | ) | 18 U.S.C. § 2252(b)(2) |
| JEFFREY ALAN PETERSON, | ) | 18 U.S.C. § 2253(a) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Receipt of Child Pornography)

On or about August 18, 2013, in the State and District of Minnesota, the defendant,

**JEFFREY ALAN PETERSON,**

having been previously convicted under the laws of the State of Minnesota relating to abusive sexual conduct involving a minor, namely, a conviction on or about August 26, 2003, in Blue Earth County District Court, for Fifth Degree Criminal Sexual Conduct, did knowingly receive a visual depiction, that is, a computer video file entitled "Kait 5Yo Golden Shower On Dad.wmv," using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and



such depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT 2
(Possession of Child Pornography)

On or about October 3, 2013, in the State and District of Minnesota, the defendant,

**JEFFREY ALAN PETERSON,**

having been previously convicted under the laws of State of Minnesota relating to abusive sexual conduct involving a minor, namely, a conviction on or about August 26, 2003, in Blue Earth County District Court, for Fifth Degree Criminal Sexual Conduct, did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce, including by computer, and in and affecting interstate and foreign commerce, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the following computer image and video files:

| Computer File Name(s) |
| --- |
| 5yo.boy.fucked.from.underneah.by.big-cock.man-pthc.pedo.kiddy-3.32(25.0Mb).mpg |
| anal penetration preteen 3yo sex child - please share childporn - help me recruit more pedophilesg.jpg |
| Kait 5YO anal dildo.mp4.3gp |
| Asian 6Yo Sweet Mini.avi |

all in violation of Title 18, United State Code, Sections 2252(a)(4)(B) and 2252(b)(2).

2

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant,

**JEFFREY ALAN PETERSON,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to an HP Pavilion dv8 laptop computer, serial number CNF00476XC, and a Toshiba 320 GB Hard Drive, serial number 41JLD4NCB.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title

CR 14-328 JRT/FLN

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4)(B), 2252(b)(1), 2252(b)(2), and 2253(a).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY                FOREPERSON