UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.  CR-14-328 (JRT/FLN)

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **MOTION TO SUPPRESS EVIDENCE** |
| ) | **OBTAINED THROUGH ILLEGAL** |
| vs. ) | **SEARCH AND SEIZURE** |
| ) | |
| Jeffrey Alan Peterson, ) | |
| ) | |
| Defendant. ) | |

* * * * * * * * * * * * * * * * *

The defendant, Jeffrey Alan Peterson, by and through his attorneys, Kyle D. White, hereby moves the Court, pursuant to Rule 41(e), Federal Rules of Criminal Procedure, for an Order:

1. Suppressing all physical evidence obtained as a result of the search and seizure of the defendant's property, at 2212 River Road in Windom, Minnesota;

2. Such other relief as the Court deems just and equitable.

The grounds for this Motion are:

1. That the search and seizure of defendant's property located at the aforementioned address in Windom, Minnesota was conducted by Officer Dale Hanson of the Minneapolis Police Department and officers under his command, without a sufficient showing of probable cause and that the search and seizure was executed in an illegal and unlawful manner.

This Motion is based upon all of the records and proceedings herein, the attached supporting memorandum and upon all oral testimony to be offered at an

1

evidentiary hearing.  Defendant specifically seeks to confront and question those officers involved in the illegal search and seizure of defendant's property.

                              Respectfully submitted,

Dated:   November 19, 2014        /S/   Kyle D. White_____
                                  Kyle D. White, Atty ID# 22599X
                                  Attorney for Defendant
                                  332 Minnesota Street, Suite W-1610
                                  St. Paul, Minnesota  55101
                                  Telephone:  (651)  227-8751