UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. CR-14-328 (JRT/FLN)

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **MOTION FOR SUPPRESSION** |
| ) | **OF STATEMENTS BY DEFENDANT** |
| vs. ) | |
| ) | |
| Jeffrey Alan Peterson, ) | |
| ) | |
| Defendant. ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The defendant, Jeffrey Alan Peterson, by and through his attorney, Kyle D. White, respectfully moves the Court, pursuant to Rules 12(b)(2) Federal Rules of Criminal Procedure, to order the prosecutor to inform the Court and counsel of the existence of any confessions or statements obtained from the defendant, or any evidence derived from or discovered as a result of any confessions or statements obtained from the defendant by Officer Dale Hanson of the Minneapolis Police Department and officers under his command, if there be any such evidence, then to order that an evidentiary hearing be held, prior to trial, to determine if such statements or evidence were obtained in violation of the rights guaranteed to the defendant under the Constitution of the United States, and therefore inadmissible at the trial of the general issues.

This Motion is based upon the Indictment, files, records and proceeding herein, and any and all other matters which may be presented prior to trial or at the time of the hearing of this Motion.

1

Respectfully submitted,

Dated: November 19, 2014        /S/   Kyle D. White_____
                                Kyle D. White, Atty ID# 22599X
                                Attorney for Defendant
                                332 Minnesota Street, Suite W-1610
                                St. Paul, Minnesota  55101
                                651-227-8751
                                Telephone:  (651)  227-8751