**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY ALAN PETERSON,

Defendant.

Criminal No. 14-328 (JRT)

**MEMORANDUM OPINION AND ORDER ON DEFENDANT'S MOTIONS**

---

Katharine T. Buzicky, **UNITED STATES ATTORNEY'S OFFICE**, 316 North Robert Street, Suite 404, St. Paul, MN 55101, for Plaintiff.

Jeffrey Alan Peterson, Reg. No. 18244-041, FCI Thomson, Post Office Box 1002, Thomson, IL 61285, *pro se* Defendant.

Jeffrey Alan Peterson is serving a sentence of 180 months imprisonment after pleading guilty to receiving child pornography in violation of 18 U.S.C. §§ 2252(a)(2), 2252(b)(1). He seeks amendment of his sentencing judgment (Def.'s Motion to Correct Amended Judgment ("Mot."), Nov. 14, 2025, Docket No. 84) and has separately filed an informal letter seeking assistance regarding the calculation of his sentence (Def.'s Informal Request for Assistance, Oct. 27, 2025, Docket No. 83). Having reviewed the record, the Court will further amend Peterson's sentencing judgment to clarify its intent at sentencing.

Peterson's Motion to Correct Judgment states that "[t]o the best of Peterson's recollection . . . the Court intended for Peterson to receive credit for the time he spent in

federal custody from October 27, 2014, through February 19, 2015." (Mot. at 1.) He states "[h]owever, the Bureau of Prisons . . . continues to refuse to give Peterson credit for the time he spent in federal custody." (*Id.*)

On October 29, 2015, the Court sentenced Peterson to a term of imprisonment of 180 months, the statutory minimum for the crime to which Peterson plead guilty. (Sentencing J., Oct. 29, 2015, Docket No. 76; *see also* Statement of Reasons, Oct. 29, 2015, Docket No. 77.) On September 3, 2024, the Court received a letter from Peterson raising what appears to be the same issue he now raises; Peterson stated, "when [the Court] sentenced me, [it] said I would get 1 year credit for my time in federal holding and they only gave [me] 9 months." (Letter, Sept. 3, 2024, Docket No. 78.) The Court then entered an Amended Sentencing Judgment, clarifying that Peterson's sentence of 180 months was to be served concurrent to his state court prison terms.[1] (Am. Sentencing J., Feb. 21, 2024, Docket No. 82.)

The Court has reviewed the record, including the transcript at sentencing and the Presentence Investigation Report. The record demonstrates that Peterson was in federal custody beginning on October 27, 2014, and that it was the Court's intent at sentencing that Peterson's time in custody be calculated from this date. The Court will, therefore,

[1] Specifically, Peterson's federal term of imprisonment is being "served concurrent to Cottonwood County District Court Docket Numbers CR-13-136 and CR-13-500." (Am. Sentencing J., Feb. 21, 2024, Docket No. 82.)

issue a second amended sentencing judgment contemporaneously with this Order to clarify its intent at sentencing.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Defendant Jeffrey Alan Peterson's Informal Request for Assistance (Docket No. [83]) is **DENIED as moot**; and
2. Defendant's Motion to Correct Judgment (Docket No. [84]) is **GRANTED**.

DATED: August 26, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge